Print this page

## Details for Confirmation #: 3183023634

| | | |
|---|---|---|
| **Date of Dispute :** July 02, 2013 | **Name :** CRAIG EGBERT | **Address :** 116TH E 5TH ST |
| **Time of Dispute :** 11:10 AM EDT | **SSN :** ███████ | CHASKA, MN, 55318 |
| **Your Confirmation #:** 3183023634 | | |

### Next Steps

Please note your Dispute Confirmation Number printed at the top of this page. It will be required to check the status of your dispute.

Your dispute verification process may take up to 30 days from the date you submitted your dispute. However, your dispute may take up to 45 days if you are disputing items from your FACT Act free credit file.

We will keep you informed via email on the status of your dispute verification process and also notify via email when our investigation is complete.

### Dispute Summary

| Type | Name/Account Details | Reason |
|---|---|---|
| Collection | AMERICAN ACCOUNTS ADVISORS/197XXXX | I am no longer liable for this collection. |
| Tax Lien | A482966 | This lien has been released. This lien has been withdrawn, vacated or filed in error. |
| Tax Lien | A383781 | This lien has been released. This lien has been withdrawn, vacated or filed in error. |
| Tax Lien | 99 354857 | This lien has been withdrawn, vacated or filed in error. |