# EQUIFAX

**CREDIT FILE : July 18, 2013**
**Confirmation # 3183023634**

P.O. Box 105518
Atlanta, GA 30348

00146689-8611
Craig E Egbert
116 E 5th St
Chaska, MN 55318-1928

Dear Craig E Egbert:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm  Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

### The Results Of Our Reinvestigation

### Public Record Information   (This section includes public record items obtained from local, state and federal courts.)

>>> *We have reviewed the lien information.  Case or ID # - A482966  The results are:*   This lien is currently reporting as released. If you have additional questions about this item please contact:  **Carver Judicial Dist Court, D B Dews, Chaska  MN  55318-2158**

Lien Filed 04/2004; Carver County Court; Case or ID # - A482966;  Amount - $15,000 ; Class - Federal; Released 05/2008;
Address: 600 E 4TH ST  CHASKA, MN  55318-2102

>>> *We have reviewed the lien information.  Case or ID # - A383781  The results are:*   We have verified that this public record item is reporting correctly. If you have additional questions about this item please contact:  **Carver Judicial Dist Court, D B Dews, Chaska  MN  55318-2158**

Lien Filed 04/2004; Carver County Court; Case or ID # - A383781;  Amount - $13,100 ; Class - Federal; Verified 07/2013;   **Address:** 600 E 4TH ST  CHASKA, MN  55318-2102

>>> *We have reviewed the lien information.  Case or ID # - 99 354857  The results are:*   We have verified that this public record item is reporting correctly. If you have additional questions about this item please contact:  **San Bernardino CO Recorder, 385 N Arrowhead Ave, San Bernardino  CA  92415-1002**

Lien Filed 08/1999; San Bernardino CO/Recorder of; Case or ID # - 99 354857;  Amount - $11,300 ; Class - State; Verified 07/2013;   **Address:** 222 W HOSPITALITY LN 1ST FL  SAN BERNARDINO, CA 92415-0022 : (714) 387-3173

### Collection Agency Information   (This section includes accounts that have been placed for collection with a collection agency.)

>>> *We have researched the collection account.  Account # - 1972866  The results are:*   We verified that this item belongs to you. This creditor has verified to OUR company that the balance is being reported correctly. If you have additional questions about this item please contact:  **American Accounts Advisors, 7460 80th St S, Cottage Grove  MN  55016-3007**

American Accounts Advisors Inc;  Collection Reported 07/2013; Assigned 09/2012; Client - Emergency Physicians Prof As; Amount - $458 ; Status as of 07/2013 - Unpaid; Date of 1st Delinquency 01/2012; Balance as of 07/2013 - $458 ; Individual Account; Account # - 1972866;  **Address:** 7460 80th St S  Cottage Grove MN 55016-3007 : (651) 405-9760

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.